JUDGMENT
================================================================================
================================================================================

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

- - - - - - - - - - - - - - -

NO. 00-15136
CT/AG#: CV-99-00276-PMP/RJJ

VENETIAN CASINO RESORT, L.L.C., a Delaware Limited Liability
Company;

                    Plaintiff - Appellant

AMERICAN CIVIL LIBERTIES UNION

                    Intervenor - Appellee

**FILED**

**SEP 1 0 2001**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

    v.

LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS
UNION, Local No. 226, an Unincorporated Association;
BARTENDERS UNION, Local No. 165, an Unincorporated
Association; CLARK COUNTY, a Political Subdivision of the
State of Nevada; STEWART L. BELL, in his capacity as
District Attorney of Clark County, Nevada; THE LAS VEGAS
METROPOLITAN POLICE DEPARTMENT

                    Defendants - Appellees

- - - - - - - - - - - - - - - - - - - -

    APPEAL FROM the United States District Court for the

District of Nevada (Las Vegas) .

    THIS CAUSE came on to be heard on the Transcript of the

Record from the United States District Court for the

District of Nevada (Las Vegas)

and was duly submitted.



ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered    JULY 12, 2001



UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**BILL OF COSTS**

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Venetian Casino Resort __v.__ Local Joint Executive Bd of CA No. 00-15136
                               Las Vegas; Culinary Workers, et al.

The Clerk is requested to tax the following costs against: __Appellant Venetian Casino Resort__

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed | | | | ALLOWED To be completed by the clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Supplemental Excerpt of Record | 9* | 109 | $0.07 | 68.67 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 25* | 80 | .07 | 140.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| *See attachment | | | | | | | | |
| | | | TOTAL: $ 208.67 | | | | TOTAL: $ | |

* Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys Fees cannot be requested on this form.

*If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

** Cost per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

I, M. Anderson , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: _____ Date: __July 21, 2001__ Attorney for: __Union Appellees__

Name of Counsel (printed or typed) __Michael T. Anderson__

Date: __2-9-01__

Costs are taxed in the amount of $ __208.67__

Clerk of Court

By: _____ Deputy Clerk

wpdocs/formx&ll REV. 11/95

FILED
JUL 25 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

For Official Use Only

COPY

by _____ Deputy Clerk

ATTACHMENT
BILL OF COSTS
*Venetian Casino Resort v. Local Joint Executive Board, et al.*
CA No. 00-15136

Additional copies of Appellees' brief was required in order to serve 2 copies upon all parties in this action which included two plaintiff attorneys, two Intervenor attorneys, and lower court Defendant, Clark County District Attorney.

Additional Copies of Appellees' Supplemental Excerpt of Record was required to serve all parties.

# INVOICE

**WR** Walker Reprographics

942 Mission Street San Francisco California 94103 (415) 777-9144

INVOICE NUMBER **693566**

PRODUCTION CONTROL NO.: **945157**

INVOICE DATE: **4/07/00**

YOUR CONTRACT OR P.O. NO.

4080
DAVIS,COWELL & BOWE,LLP
20TH FLOOR
100 VAN NESS AVENUE
SAN FRANCISCO          CA9Y4102

| NO. OF ORIGINALS | PROCESS | PRINT SIZE / SQ. FT. EACH | NO. OF COPIES PER ORIGINAL | UNIT PRICE | TOTAL BILLING UNITS | TOTAL |
|---|---|---|---|---|---|---|
| 101 | 2011 XEROX,20# WHITE 8.5X | X .0 | 1 | .110 | 101.0 | 11.11 |
| 3 | 2205 KODAK COLOR COPIES - | X .0 | 1 | 2.250 | 3.0 | 6.75 |
| 1 | 1960 LABOR, REG. TIME/NON | X .0 | 10 | 2.500 | 10.0 | 25.00 |
| 83 | 2011 XEROX,20# WHITE 8.5X | X .0 | 28 | .055 | 2,324.0 | 127.82 |
| 1 | 2650 COVER/TAB IMAGED, 9. | X .0 | 28 | .200 | 28.0 | 5.60 |
| 1 | 2660 COVER/TAB NON-IMAGED | X .0 | 28 | .150 | 28.0 | 4.20 |
| 1 | 4550 GBC/COMB BIND | X .0 | 28 | 1.050 | 28.0 | 29.40 |

| | |
|---|---|
| DELIVERY CHARGES | 5.00 |
| TAXABLE TOTAL | 209.88 |
| SALES TAX | 17.84 |
| SUBTOTAL | 232.72 |
| SHIPPING CHARGES | .00 |
| TOTAL | 232.72 |

ACCEPTANCE BY YOU OF ANY OR ALL OF THE WORK DESCRIBED ON THIS FRONT PAGE SHALL
CONSTITUTE YOUR ASSENT (IF NOT THERETOFORE GIVEN) TO THE TERMS OF SALE AS SET FORTH
ON THE REVERSE SIDE OF THIS PAGE.

**TERMS:** Net 30 EOM. Service Charge of 1.5% per Month (18% APR) Applied to Past Due Account.

<u>PROOF OF SERVICE BY MAIL</u>
STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) years, and not a party to this action. I am employed in the office of a member of the bar of this Court at whose direction the service was made. My business address is: 100 Van Ness Avenue, 20th Floor, San Francisco, California 94102.

On July 25, 2001, I served the foregoing document described as Bill of Costs, on the parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Samuel S. Lionel
Rodney M. Jean                                      Attorneys for Appellant
LIONEL SAWYER & COLLINS                             Venetian Casino
1700 Bank of America Plaza
300 South Fourth Street, Suite 1700
Las Vegas, NV 89101

O'MELVENY & MYERS, LLP
William T. Coleman, Jr.
Walter E. Dellinger
Gordon Kirscher
Crystal Nix
555 13th Street, N.W.
Washington, D.C. 20004

Allen Lichtenstein                                  Attorney for Intervenor
3315 Russell Road #H-222                            American Civil
Las Vegas, NV 89120                                 Liberties Union & Peck

Mark Lopez
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., 17th Fl.
New York, NY 10004

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with first class postage thereon fully prepaid at San Francisco, California in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this _25_ day of July 2001, San Francisco, California.

Reiko Ross