IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VENETIAN CASINO RESORT,<br><br>    Plaintiff-Appellant,<br><br>vs.<br><br>LOCAL JOINT EXECUTIVE BOARD<br>OF LAS VEGAS, et al,<br>    Defendant-Appellee. | <u>CV-S-99-0276-PMP(RJJ)</u><br>Case Number<br>C/A No. <u>00-15136</u> |

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on <u>July 12, 2001</u> issued its mandate that the judgment of the said District Court in this cause be AFFIRMED. The judgment of District Court is hereby is AFFIRMED and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this ____ day of _____, 2001.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE